IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BARBARA J.H. HOUSE               :
                                                :
    v.                                     :     CIVIL NO. CCB-12-3499
                                                :
OCWEN LOAN SERVICING, INC.   :

...o0o...

## **MEMORANDUM**

      Plaintiff Barbara House filed a complaint against defendant Ocwen Loan Servicing, LLC ("Ocwen"), in the Circuit Court for Baltimore County. The case was removed to this court on the basis of diversity jurisdiction. 28 U.S.C. § 1332. Ocwen filed a motion to dismiss under Rule 12(b)(5) and (6) based on lack of proper service and for failure to state a claim. House has responded, but has not in any way clarified the nature of her claim. Because the complaint fails to state a set of facts that would plausibly support any recognizable claim against Ocwen, it must be dismissed. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

      A separate Order follows.


January 10, 2013                                          /s/
Date                                               Catherine C. Blake
                                                   United States District Judge